UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 19-25279-CIV-GRAHAM

WILLIAM SOLANO,

    Plaintiff,

vs.

CALERES, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** came before the Court upon the Plaintiff's Notice of Voluntary Dismissal without Prejudice [D.E. 5]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**, with each party to bear their own fees and costs. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of February, 2020.

    s/Donald L. Graham
    DONALD L. GRAHAM
    UNITED STATES DISTRICT JUDGE